UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN A. SPEARS, | Case No. CV 17-4356 FMO(JC) |
| Plaintiff, | |
| v. | JUDGMENT |
| JIM McDONNELL, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS ADJUDGED that this action is dismissed due to plaintiff's failure to state a claim upon which relief can be granted, his failure to comply with the October 18, 2017 Order Dismissing Complaint with Leave to Amend, and his failure diligently to prosecute.

IT IS SO ADJUDGED.

DATED: May 11, 2018

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE